```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   HERNAN RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00102 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: February 22, 2012 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANIEL VARGAS SALINAS, by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, January 24, 2012, be continued to Wednesday, February 22, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference hearing, February 22, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 20, 2012                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       HERNAN RAMIREZ-RAMIREZ


                                       /s/ Matthew M. Scoble for
                                       GILBERT ROQUE, Esq.
                                       Attorney for Defendant
                                       DANIEL VARGAS SALINAS

DATED: January 20, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew M. Scoble for
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set January 24, 2012, status conference shall be continued to February 22, 2012, at 9:15 a.m.  It is further ordered that the time period from the

date of the parties' stipulation, through and including the date of the new status conference hearing, February 22, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT