```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    HERNAN RAMIREZ-RAMIREZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-cr-00102 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: March 20, 2012 |
|  | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, February 22, 2012, be continued to Tuesday, March 20, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, March 20, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: February 15, 2012　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble
　　　　　　　　　　　　　　　　　　MATTHEW M. SCOBLE
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　HERNAN RAMIREZ-RAMIREZ


DATED: February 15, 2012　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Matthew M. Scoble for
　　　　　　　　　　　　　　　　　　MICHAEL ANDERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set February 22, 2012, status conference shall be continued to March 20, 2012, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, March 20, 2012, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT