GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL VARGAS SALINAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-102-LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| vs. | |
| DANIEL VARGAS SALINAS, | Date : 5/30/12<br>Time : 9:15 a.m. |
| Defendant | Court : Hon. Lawrence K. Karlton |

Defendant Daniel Vargas Salinas, through his counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the judgment and sentence hearing scheduled for May 8, 2012, at 9:15 a.m., be continued to May 30, 2012, at 9:15 a.m., before the Honorable Lawrence K. Karlton.

The parties stipulate and agree to the continuance because there are sentencing issues that still remain to be resolved. In addition, defense counsel has a court appearance in Juneau, Alaska, in a matter which was rescheduled unexpectedly by the District Court for the District of Alaska, which will require defense counsel to be out of state on May 8, 2012.

Respectfully submitted,

DATED: April 25, 2012    /s/ Gilbert A. Roque
                         GILBERT A. ROQUE, Attorney for
                         DANIEL VARGAS SALINAS, Defendant

DATED: April 25, 2012    /s/ Michael D. Anderson
                         MICHAEL D. ANDERSON
                         Assistant United States Attorney
                         Attorney for Plaintiff

1

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Daniel Vargas Salinas' defense counsel and counsel for Plaintiff reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the failure to grant a continuance would deny defendant Daniel Vargas Salinas effective assistance of counsel given defense counsel's necessary absence from California on May 8, 2012. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the May 8, 2012, judgment and sentence hearing for defendant Daniel Vargas Salinas is vacated and shall be continued until May 30, 2012, at 9:15 a.m.

**IT IS SO ORDERED.**

DATED: April 26, 2012

_____
LAWRENCE K. KARLTON
Senior Judge
United States District Judge

2