```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    HERNAN RAMIREZ-RAMIREZ
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,   )   2:11-cr-00102 LKK
                                )
13            Plaintiff,        )   **STIPULATION AND ORDER**
                                )
14       v.                     )   DATE: June 19, 2012
                                )   TIME: 9:15 a.m.
15  HERNAN RAMIREZ-RAMIREZ,     )   JUDGE: Hon. Lawrence K. Karlton
                                )
16            Defendant.        )
                                )
17  _____ )
                                )
18
```

19    It is hereby stipulated and agreed to between the United States of
20 America through MICHAEL ANDERSON, Assistant U.S. Attorney, and
21 defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW
22 M. SCOBLE, Assistant Federal Defender, that the status conference set
23 for Tuesday, May 22, 2012, be continued to Tuesday, June 19, 2012, at
24 9:15 a.m.
25    The reason for this continuance is to allow defense counsel
26 additional time to review discovery with the defendants, to examine
27 possible defenses and to continue investigating the facts of the case.
28    It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 17, 2012                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       HERNAN RAMIREZ-RAMIREZ


DATED: May 17, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Matthew M. Scoble for
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set May 22, 2012, status conference shall be continued to June 19, 2012, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, June 19, 2012, shall be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 21, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT