1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755



**FILED**

MAY 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-102 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) SEALING ORDER |
| DANIEL SALINAS, | ) |
| Defendant. | ) |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: May 30, 2012

_____
HON. LAWRENCE K. KARLTON
United States District Judge